FILED
May 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002612765

2

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **10-20762-B-7**

**RAJINDERPAL SINGH
NARINDER KAUR**

DC NO. **JRR-1**

DATE: **JUNE 29, 2010**
TIME : **9:32 A.M.**
COURTROOM: **32**

Debtor(s).            /

### MOTION FOR SALE OF ASSETS
### [11 U.S.C. § 363]

The motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

1. That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtor.

2. That movant has, as such Trustee, the following asset belonging to the debtor's estate, appraised as indicated, to wit:

   **ASSET:** UNSECURED PROMISSORY NOTE IN THE FACE AMOUNT OF $30,000.00
   **VALUE:** $30,000.00

3. That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

4. The Trustee has received an offer from MANJIT K. SHERGILL, dba HIGH BLUE INC., for the sum of $18,500.00. MANJIT K. SHERGILL, dba HIGH BLUE INC. is the payee of the Note and is purchasing the Note at a discount.

1

5. Debtors received one payment pre-petition in the sum of $505.00 and received two payments of $505.00 post-petition. Debtors have claimed an exemption in the Note of $7,742.00. After deducting the post-petition payments of $1,010.00, debtors' will receive the sum of $6,732.00 as their exemption.

6. MANJIT K. SHERGILL, dba HIGH BLUE INC. is purchasing the asset subject to the existing liens and encumbrances, if any.

7. The asset is being sold "As Is" and the Trustee makes no warranty on the condition of the asset.

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein.

DATED: May 6, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919