UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Rajinderpal Singh and Narinder Kaur | **Case No :** | 10-20762 - B - 7 |
| | | **Date :** | 6/29/10 |
| | | **Time :** | 09:32 |
| **Matter :** | [29] - Motion/Application for Sale of Property Under Section 363(b) [JRR-1] Filed by Trustee John R. Roberts (jris) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Trustee - John R. Roberts
**Respondent(s) :**

HEARING CONTINUED TO: 8/10/10 at 09:32 AM

Trustee to give written notice of continuance.